**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**NANCY HALL, on behalf of**                                                   **PLAINTIFF**
**herself and all others similarly situated**

**VS.**                                           **CIVIL ACTION NO. 2:23-cv-192-KS-MTP**

**THE FIRST BANCSHARES, INC.**                                       **DEFENDANT**

---

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

---

Plaintiff Nancy Hall ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her Counsel, respectfully moves for an order:

- Granting preliminary approval of the Settlement Agreement and Release (the "Agreement") entered into with Defendant The First Bancshares, Inc., finding the terms to be within the range of being fair, adequate, and reasonable;

- Provisionally certifying the settlement Class pursuant to Rule of Civ. P. 23 for settlement purposes only;

- Appointing Plaintiff as the class representative for the provisionally certified Class;

- Appointing Winston Hudson and Christopher Jennings of Jennings PLLC as Class Counsel for the provisionally certified Class;

- Approving the form and content of the Notices and directing that Notice of the proposed Settlement be given to the Settlement Class in accordance with the Agreement by the Notice Deadline;

- Establishing deadlines for the Settlement Class Members to object to or exclude themselves from the Settlement; and

- Setting the Final Approval Hearing Date for as soon as the Court's calendar permits.

Defendant The First Bancshares, Inc. does not oppose this Motion. The grounds for this Unopposed Motion are set forth in the accompanying Memorandum in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement.

October 1, 2024                              Respectfully submitted,

                             */s/ Winston S. Hudson*
                             Winston S. Hudson
                             MS Bar No. 106598
                             Christopher D. Jennings
                             500 President Clinton Avenue, Suite 110
                             Little Rock, Arkansas 72201
                             Telephone: (601) 270-0197
                             winston@jenningspllc.com
                             chris@jenningspllc.com

                             *Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      Dated: October 1, 2024

                             */s/ Winston S. Hudson*
                             Winston S. Hudson