UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**NANCY HALL, on behalf of**                                                                     **PLAINTIFF**
**herself and all others similarly situated**

**VS.**                                                       **CIVIL ACTION NO. 2:23-cv-192-KS-MTP**

**THE FIRST BANCSHARES, INC.**                                             **DEFENDANT**

---

**UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AND
FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD**

---

Plaintiff Nancy Hall ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her Counsel, respectfully moves for an order:

- Granting final approval of the Settlement Agreement and Release (the "Agreement") entered into with Defendant The First Bancshares, Inc., finding the terms to be within the range of being fair, adequate, and reasonable;

- Awarding attorneys' fees to the Class Counsel in the amount of $331,633.50 (which represents 33.33% of the Value of the Settlement), Class Counsel's reasonable costs in the amount of $1,273.17, the Claims Administrator's fees and costs incurred in administering the Settlement and distributing notice to the Settlement Class in the amount of $51,062.11, and a service award to Named Plaintiff for serving as the Settlement Class Representative in the amount of $5,000.

Defendant The First Bancshares, Inc. does not oppose this Motion. The grounds for this Unopposed Motion are set forth in the accompanying Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Service Award; the concurrently filed Declaration of Winston S. Hudson in Support of Plaintiff's Motion; the Declaration of Annette Kashkarian Re: Notice Procedures; the papers and pleadings on file with the Court; and upon such other evidence, information, or material as may be presented to the Court.

April 25, 2025                                    Respectfully submitted,

                                            /s/ *Winston S. Hudson*
Winston S. Hudson
MS Bar No. 106598
Christopher D. Jennings *(pro hac vice)*
JENNINGS & EARLEY PLLC
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
Telephone: (601) 270-0197
winston@jefirm.com
chris@jefirm.com

*Counsel for Plaintiff and the Settlement Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: April 25, 2025

/s/ *Winston S. Hudson*
Winston S. Hudson